JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILLIAN BRIGGS<br><br>    Plaintiff<br><br>vs.<br><br>SOUTHERN GLAZER'S WINE & SPIRITS, LLC; INTERNATIONAL BROTHERHOOD OF TEAMSTERS WHOLESALE DELIVERY DRIVERS' AND SALESMEN'S LOCAL 848; and DOES 1-10,<br><br>    Defendants | CASE NO.: 2:21-cv-05020-AB-JC<br><br>[PROPOSED] JUDGMENT |

1

## [PROPOSED] JUDGMENT

Defendants Southern Glazer's Wine and Spirits, LLC and Teamsters Local 848's ("Defendants") Motions for Summary Judgment came on for hearing before the Honorable André Birotte Jr. on July 15, 2022.  The Court having considered the papers submitted by the parties and considered the arguments of counsel for all parties and the evidence submitted, and good cause appearing, **GRANTED** the Motions for Summary Judgment.

**IT IS ORERED AND ADJUDGED** that Defendants' respective Motions for Summary Judgment are **GRANTED** and that:

1. Judgment is hereby entered in favor of Defendant Southern Glazer's Wine and Spirits, LLC and Defendant Teamsters Local 848 and against Plaintiff Jillian Briggs as to all claims and causes of action.

2. Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules 54-2 and 54-3, Defendant Southern Glazer's Wine and Spirits, LLC and Defendant Teamsters Local 848 are entitled to recover their costs of suit incurred in this action.

3. Any request by Defendants for an award of attorneys' fees and related nontaxable expenses under Federal Rule of Civil Procedure 54(d)(2) shall be made pursuant to Local Rule 54-7.

4. All calendar dates are vacated.

DATED:  September 6, 2022

Honorable André Birotte Jr.